# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

| | |
|---|---|
| TYLER JAMISON,<br>Petitioner,<br>v.<br>MARGARET GILBERT,<br>Respondent. | )<br>)<br>)<br>)<br>) Civil Action No. 2:16-CV-00079-JLQ<br>)<br>) |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

☑ other: Petitioner's Petition for Writ of Habeas Corpus is DENIED. The Petition and the claims therein are dismissed with prejudice. Judgment is entered in favor of Respondent.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge Justin L. Quackenbush

Date: 12/02/2016

CLERK OF COURT

SEAN F. McAVOY

s/ Cora Vargas
*(By) Deputy Clerk*
Cora Vargas